IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DOMINIC V. BURTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 14-01124-CV-W-GAF |
| | ) | |
| RONDA J. PASH, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus is DENIED.

| | |
|---|---|
| April 24, 2015 | Ann Thompson |
| Dated | Clerk of Court |
| | |
| April 24, 2015 | /s/ Terri Moore |
| Entered | (by) Deputy Clerk |